IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    Case No.: 6:21-bk-02238-LVV
                                                          Chapter 13

GREGORY E. MICALLEF
        Debtor.

_____/

## OBJECTION TO CLAIM NO. 3 OF LVNV FUNDING, LLC

---

### NOTICE OF OPPORTUNITY TO
### OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801, within thirty (30) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper in objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve response.

---

The Debtor, by and through his undersigned attorney, objects to Claim 3 of

LVNV Funding, LLC as follows:

1.  This case commenced by filing of a bankruptcy petition on May 14,

    2021.

2.  LVNV Funding, LLC (hereinafter "Creditor") filed a purported proof of

    claim, Claim 3, in the amount of $899.76 for a credit card debt.

3. Debtor objects to Claim 3 on the grounds that the last payment on this credit card debt was in year 2000, rendering such debt unenforceable pursuant to Florida Statutes Sec. 95.11.

WHEREFORE, Debtor respectfully requests that the Court (1) Sustain the Debtors objection to the Creditor's proof of claim; (2) Disallow the claim as a legally unenforceable debt; and (3) grant any other such relief as the Court determines just and proper, including attorney's fees for bringing this objection.

Dated this _____ day of September, 2021.

SNELL & SNELL, P.A.

/s/ Walter J. Snell
WALTER J. SNELL, ESQ.
Florida Bar #729360
436 N. Peninsula Drive
Daytona Beach, FL 32118
(386)255-5334/(386)-255-5335-fax
ATTORNEY FOR DEBTOR
Snellandsnell@mindspring.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Objection to Claim 3 of LVNV Funding, LLC has been furnished either electronically and/or by First Class U.S. Mail to: LVNV Funding, LLC c/o Resurgent Capital Services, Attn: Matthew Long, Claims Processor, PO Box 10587, Greenville, SC 29603-0587 (per Proof of Claim); Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 3450, Winter Park, FL 32790; and U.S. Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801, this _____ day of September, 2021.

/s/ Walter J. Snell
WALTER J. SNELL, ESQ.
Attorney for Debtor