[Domootoc] [District Order Overruling Objection to Claim as moot]

ORDERED.

Dated: September 28, 2021

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No.
6:21–bk–02238–LVV
Chapter 13

Gregory E. Micallef

_____Debtor*_____/

### ORDER OVERRULING OBJECTION TO CLAIM NUMBER 3 OF LVNV FUNDING LLC

THIS CASE came on for consideration, without hearing, of the Objection to Claim of LVNV Funding, LLC, ("Objection") filed by the Debtor on September 8, 2021 , Doc. No. 20 . The Court has reviewed the record and finds that the claimant subsequently withdrew the claim. Accordingly, it is

**ORDERED:**

The Objection is overruled as moot.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.